Luis RIVERA, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 237, 2017

Supreme Court of Delaware.

Submitted: June 19, 2017
Decided: July 7, 2017

Court Below—Superior Court of the State of Delaware, ID No. 1102017217 (N)

DISMISSED.